UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANIF ABDULLAH MUJAHID,<br><br>      Plaintiff,<br><br> v.<br><br>KELLY J. CUNNINGHAM, MARK DAVIS, DONALD GAUNTZ, RANDY PECHEOS, KRISTINA SPARKS, CARISSA BONNEMA, JEREMY P. DORFNER, LAN BITOW, and ALEC BRIAN,<br><br>      Defendants. | No. C10-5916 BHS/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

  Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. ECF No. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

  The Clerk is directed to mail a copy of this Order to Plaintiff.

  **DATED** this 5th day of January, 2011.

                 *Karen L. Strombom*
                 Karen L. Strombom
                 United States Magistrate Judge

ORDER - 1