UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HANIF ABDULLAH MUJAHID,

    Plaintiff,

v.

KELLY J. CUNNINGHAM, MARK DAVIS, DONALD GAUNTZ, RANDY PECHEOS, KRISTINA SPARKS, CARISSA BONNEMA, JEREMY P. DORFNER, LAN BITOW, and ALEC BRIAN,

    Defendants.

No. C10-5916 BHS/KLS

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Before the court is the Joint Stipulated Motion of the parties for an extension of time for the parties to respond and reply to Plaintiff's motions for temporary restraining order and preliminary injunction and petition for writ of *habeas corpus* (ECF Nos. 19 and 21 (corrected images at ECF Nos. 22 and 23)). ECF No. 24.

It is hereby **ORDERED:**

1) The parties Joint Stipulated Motion (ECF NO. 24) is **GRANTED.**

2) Defendants shall respond to the motions (ECF Nos. 19 and 21) by **March 7, 2011;** Plaintiff shall submit his reply by **March 11, 2011.**

3) The Clerk shall **re-note** ECF Nos. 19 and 21 for consideration on **March 11, 2011.**

ORDER - 1

4) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this  31st  day of January, 2011.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2