UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABDULLAH MUJAHID,

              Plaintiff,

v.

KELLY J. CUNNINGHAM, MARK DAVIS, DONALD GAUNTZ, RANDY PECHEOS, KRISTINA SPARKS, CARISSA BONNEMA, JEREMY P. DORFNER, LAN BITOW, and ALEC BRIAN,

              Defendants.

No. C10-5916 BHS/KLS

ORDER DENYING MOTION TO STAY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff's Motion to Stay Defendants' Motion for Summary Judgment. ECF No. 47. Plaintiff requests the stay pending resolution of his Motion for Leave to Amend Complaint. ECF No. 46. On July 5, 2011, Plaintiff filed his response to the motion for summary judgment. ECF No. 49. Under separate Order, the Court has denied Plaintiff's Motion for Leave to Amend. Plaintiff's stated grounds for a stay are, therefore, moot.

It is, therefore, **ORDERED** that Plaintiff's Motion to Stay Defendants' Motion for Summary Judgment (ECF NO. 47) is **DENIED.** The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 19th day of July, 2011.

                                      Karen L. Strombom
                                      United States Magistrate Judge

ORDER - 1