UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABUDULLAH MUJAHID,

          Plaintiff,

v.

KELLY J. CUNNINGHAM, et al.,

          Defendant.

CASE NO. 10-5916BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 64. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's second (Dkt. 36) and third (Dkt. 42) motions for temporary restraining order and preliminary injunction are **DENIED**.

Dated this 13th day of September, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER