1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

7

ABUDULLAH MUJAHID,

                Plaintiff,

8

    v.

9

KELLY J. CUNNINGHAM, et al.,

10

                Defendant.

11

CASE NO. 10-5916BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

12

13

      This matter comes before the Court on the Report and Recommendation ("R&R")
of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 64. The

14

Court having considered the R&R and the remaining record, and no objections having

15

been filed, does hereby find and order as follows:

16

      (1)     The R&R is **ADOPTED**; and

17

      (2)     Plaintiff's second (Dkt. 36) and third (Dkt. 42) motions for temporary

18

restraining order and preliminary injunction are **DENIED**.

19

      Dated this 13th day of September, 2011.

20

21

22

_____
BENJAMIN H. SETTLE
United States District Judge