UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HANIF ABDULLAH MUJAHID,

                Plaintiff,

  v.

KELLY J. CUNNINGHAM, MARK DAVIS, DONALD GAUNTZ, RANDY PECHEOS, KRISTINA SPARKS, CARISSA BONNEMA, JEREMY P. DORFNER, LAN BITOW, and ALEC BRIAN,

                Defendants.

No. C10-5916 BHS/KLS

**ORDER RENOTING MOTION**

Before the Court is Defendants' Motion for Protective Order. ECF No. 73. The motion is noted for August 26, 2011. *Id.* Also pending is Defendants' motion for summary judgment. ECF No. 43. The Court finds that discovery in this matter shall be stayed pending resolution of Defendants' motion for summary judgment.

Accordingly, it is **ORDERED:**

(1) The Clerk is directed to **strike** the noting date for Defendants' Motion for Protective Order (ECF No. 73). The motion may be re-filed if necessary. All discovery shall be **STAYED** pending resolution of Defendants' motion for summary judgment (ECF No. 43).

**DATED** this  14th  day of September, 2011.

                Karen L. Strombom
                United States Magistrate Judge

REPORT AND RECOMMENDATION- 1