UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HANIF ABDULLAH MUJAHID,

     Plaintiff,

 v.

KELLY J. CUNNINGHAM, et al.,

     Defendants.

CASE NO. C10-5916BHS

MINUTE ORDER

  NOW, on this 28th day of March, 2012, the Court directs the Clerk to enter the following Minute Order:

  On February 24, 2012, Defendants filed a motion to modify the pretrial scheduling order and allow Defendants to file a successive motion for summary judgment. Dkt. 91. On March 9, 2012, Plaintiff responded (Dkt. 92) and on March 14, 2012, Defendants replied (Dkt. 95).

  The Court concludes that Defendants will be given an opportunity to file a successive motion for summary judgment to allow the Court to avoid having to resolve a legal issue in response to a motion in limine or a motion for a directed verdict.

Accordingly, Defendants' motion is granted and they may file a successive motion for summary judgment on or before **April 2, 2012**, which will be noted for **April 27, 2012**.

The foregoing Minute Order was authorized by the Honorable BENJAMIN H. SETTLE, United States District Judge.

                                      /s/ Trish Graham
                                      Trish Graham
                                      Judicial Assistant