UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANIF ABDULLAH MUJAHID,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY J. CUNNINGHAM, et al.,<br><br>    Defendants. | CASE NO. C10-5916BHS<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT |

    This matter comes before the Court on Defendants' second motion for summary judgment. Dkt. 97. Defendants' motion seeks summary judgment and dismissal of all of Plaintiff Hanif Abdullah Mujahid's ("Mujahid") remaining claims alleged in his complaint. *Id*. Mujahid has failed to file a response to the motion.

    A motion for summary judgment should not be granted simply because there is no opposition, even if the failure to oppose violated a local rule. *See Henry v. Gill Indus.*, 983 F.2d 943, 950 (9th Cir. 1993). Rather, the moving party must demonstrate the absence of genuine issues of material fact, regardless of whether the party against whom

the motion for summary judgment is directed has filed any opposition. *See Cristobal v. Siegel*, 26 F.3d 1488, 1491 (9th Cir. 1994).

Here, Defendants have demonstrated the absence of genuine issues of material fact and, in addition, an entitlement to qualified immunity. *See* Dkt. 97. Mujahid has failed to file an opposition. Accordingly, the Court concludes that Defendants' motion for summary judgment should be granted.

The Court, having considered the pleadings filed in support of the motion and the remainder of the file, does hereby find and **ORDER** that Defendants' motion for summary judgment (Dkt. 97) is **GRANTED** and the remaining claims alleged in Mujahid's complaint are **DISMISSED with prejudice**.

Dated this 18th day of May, 2012.

BENJAMIN H. SETTLE
United States District Judge